# UNITED STATES DISTRICT COURT OF
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **CHARLES GARMON**  Plaintiff,  v.  **CITY OF NORTHWOODS, MISSOURI,** et al.  Defendants. | Cause No.: 4:23-cv-1403  **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RESPONSE TO DEFENDANTS DAVIS AND HILL'S JOINT MOTION TO STAY PROCEEDINGS

Counsel for Plaintiff and Defendants Hill and Davis have conferred regarding Defendants' Joint Motion to Stay Proceedings (**Doc. 18**) and have agreed to a proposed consent order. **Exhibit 1**, *Parties' Joint Proposed Consent Order*.

WHEREFORE, Plaintiff prays the Court enter the attached Joint Proposed Consent Order regarding **Doc. 18**, and for any further relief the Court deems just and proper.

Dated: January 16, 2024	**THE SIMON LAW FIRM, P.C.**

By:	*/s/ Patrick R. McPhail*
	Kevin M. Carnie Jr., #60979MO
	Patrick R. McPhail, #70242MO
	800 Market Street, Suite 1700
	St. Louis, MO 63101
	Telephone: 314-241-2929
	Facsimile: 314-241-2029
	kcarnie@simonlawpc.com
	pmcphail@simonlawpc.com

	*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of January, 2024 I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                           */s/ Patrick R. McPhail*