**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CHARLES GARMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-1403 |
| | ) | |
| CITY OF NORTHWOODS, MISSOURI, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS DAVIS AND HILL'S ELEVENTH JOINT STATUS REPORT**

Defendants Samuel Davis and Michael Hill, by and through their respective attorneys, and pursuant to this Court's Order entered on July 18, 2024 (Doc. 42), hereby submit the following eleventh joint update to the Court on the status of the criminal cases pending against them:

1. Defendant Davis has been indicted on three felonies by a grand jury in Case No. 23SL-CR05167-01 in the Circuit Court of St. Louis County, State of Missouri,– one count of First Degree Assault, one count of Armed Criminal Action, and one count of Kidnapping – 2nd Degree.

2. There is currently no trial date set for this criminal case.

3. Defendant Hill has been indicted on one felony count of Kidnapping – 2nd Degree in the Circuit Court of St. Louis County, State of Missouri, Case No. 23SL-CR05209-01.

4. The trial in Mr. Hill's state criminal case was previously set for December 15 – 18, 2025, but on December 5, 2025, an order was issued continuing the trial. The

cause is now set for trial on February 8 – 25, 2027, with a pre-trial conference scheduled for January 29, 2027.

5. Defendants Davis and Hill both had federal criminal charges filed against them in the United States District Court of the Eastern District of Missouri by way of an indictment filed on July 3, 2024. *See United States of America v. Samuel Davis and Michael Hill*, Case No. 4:24-CR-00343-SRC/JSD.

6. This federal indictment brought four criminal charges against Defendant Davis and three charges against Defendant Hill. One charge against Defendant Hill was voluntarily dismissed without prejudice on February 23, 2026.

7. A jury trial was held on the remaining federal charges against both Defendants Davis and Hill on March 2 – 11, 2026. At the conclusion of that trial, the jury returned guilty verdicts against Defendant Davis on three of the counts against him, and a not-guilty verdict on one count. The jury returned not-guilty verdicts against Defendant Hill on both remaining counts against him.

8. On or about July 23, 2026, Defendant Davis was sentenced to 10 years in federal prison.

9. As of the date of this filing, the criminal charges in the Circuit Court of St. Louis County remain pending against both Defendants Davis and Hill.

10. The undersigned counsel have reached out to the other counsel in this case, and they have nothing to add to this status update.

Respectfully Submitted,

REICHARDT NOCE & YOUNG LLC

By: */s/ Tim Reichardt*

Timothy J. Reichardt #57684MO
tjr@rnylaw.com
13205 Manchester Rd., Ste. 420
St. Louis, MO 63131
314/789-1199
314/754-9795 – Facsimile

Attorneys for Defendant Samuel Davis

And

SCHREIMANN, RACKERS & FRANCKA, L.L.C.

*/s/ Ryan Bertels*

Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573-634-7580
573-635-6034 (facsimile)
rb@srfblaw.com

Attorneys for Defendant Michael Hill

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all parties of record, via the Court's filing system on September 28, 2026.

*/s/ Ryan Bertels*